**LAW OFFICE OF JAMES A. LOMBARDI, P.C.**
325 Broadway, Suite 503, New York, New York 10007
Tel. (212) 577-2233 | jamesalombardi@gmail.com

November 19, 2026 **Via CM/ECF**

Hon. Edward S. Kiel, U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Camden, New Jersey 08101

**ORDER**

**Re:** *Yang v. Soto, et al.*, Civil Action No. 26-14616 (ESK)
Notice of Release

Dear Judge Kiel:

I represent Petitioner Junyu Yang and write to inform the Court that he was released from ICE custody at Delaney Hall today, November 19, 2026, on the $10,000 bond set by the Immigration Judge. ICE has advised me in writing that he was not placed on an ankle monitor and has no reporting requirement.

ICE has also advised that Petitioner's property and funds, including his detainee account balance, are being held at 26 Federal Plaza in New York and may be picked up there Monday through Friday between 8:00 a.m. and 3:00 p.m. Petitioner intends to retrieve them promptly.

Consistent with my letter of November 18, 2026, ECF No. 12, Petitioner does not seek further relief in this matter. Once his property and funds, including the amount withdrawn from his detainee account on November 13, 2026, have been returned to him, Petitioner does not oppose closing the case.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,
s/ James A. Lombardi, Esq.
Attorney for Petitioner

cc: All counsel of record (via CM/ECF)

**The text order at ECF No. 13 is vacated with the exception of the requirement to restore the funds withdrawn from petitioner's detainee account.**

**So Ordered.**

***/s/ Edward S. Kiel***
**Edward S. Kiel, U.S.D.J.**
**Date: November 19, 2026**