**LAW OFFICE OF JAMES A. LOMBARDI, P.C.**
325 Broadway, Suite 503, New York, New York 10007
Tel. (212) 577-2233 | jamesalombardi@gmail.com

November 20, 2026 **Via CM/ECF**

Hon. Edward S. Kiel, U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Camden, New Jersey 08101

**ORDER**

**Re:** *Yang v. Soto, et al.*, Civil Action No. 26-14616 (ESK)
Notice of Return of Property; No Objection to Closing Case

Dear Judge Kiel:

I represent Petitioner Junyu Yang and write to update the Court. Petitioner was released from ICE custody at Delaney Hall on November 19, 2026, on the $10,000 bond set by the Immigration Judge, without an ankle monitor or reporting requirement.

On November 20, 2026, Petitioner's personal property and funds, including his detainee account balance, were returned to him at 26 Federal Plaza in New York.

Petitioner seeks no further relief in this matter and does not oppose closing the case. I thank the Court for its prompt attention to this petition.

Respectfully submitted,
s/ James A. Lombardi, Esq.
Attorney for Petitioner

cc: All counsel of record (via CM/ECF)

**So Ordered.**

***/s/ Edward S. Kiel***
**Edward S. Kiel, U.S.D.J.**
**Date: November 20, 2026**